**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-1074**

———————

JEAN-CLAUDE RINEHART,

                Plaintiff — Appellant,

      v.

THEODIS BECK; BOYD BENNETT; JAMES PIERCE; LEWIS SMITH; JAMES
HUNSUCKER; JOHN GODFREY; J. KELLY; T. HILDRETH; MR. CARLISS;
MR. WALN; MS. HARWOOD; TWO UNKNOWN MAIL ROOM WORKERS; DR.
PAULA SMITH; ALVIN KELLER; DEBRA B. MORRIS; MS. BARRINGER;
BILLIE S. MARTIN,

                Defendants — Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
District Judge.  (5:09-ct-03019-D)

———————

Submitted:  July 28, 2011         Decided:  August 1, 2011

———————

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jean-Claude Rinehart, Appellant Pro Se.  Oliver Gray Wheeler,
OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jean-Claude Rinehart appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rinehart v. Beck, No. 5:09-ct-03019-D (E.D.N.C. Jan. 5, 2011). We further deny Rinehart's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED